# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROHAN MICHAEL ANDERSON PA,**
Appellant,

v.

**PLACIDA CAPITAL, LLC,**
Appellee.

No. 4D22-1567

[May 25, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE21011714.

Samuel Alexander of Alexander Appellate Law P.A., DeLand, for appellant.

Hilda Piloto of Saul Ewing LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***